Robert Leonard HUFFMAN, Jr.,
Plaintiff—Appellant,

v.

Houston NORRIS, Lt. Watch Commander; Allen Sellers, Correction Officer; Robbie Hughes, Correction Officer, Defendants—Appellees.

No. 05–6119.

United States Court of Appeals, Fourth Circuit.

Submitted: March 24, 2005.

Decided: March 31, 2005.

Robert Leonard Huffman, Jr., Appellant pro se.

John Adrian Gibney, Jr., Thompson & McMullan, Richmond, Virginia, for Appellees.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Leonard Huffman, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for

the reasons stated by the district court. *See Huffman v. Norris,* No. CA–04–316–3 (E.D. Va. Jan. 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*